**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Rodolfo Juarez, Jr.

Appellate case number:   01-21-00708-CV

Trial court case number:  487,663-401

Trial court:             Probate Court No 2 of Harris County

      On January 10, 2022, real party in interest filed a letter stating that relator, Rodolfo Juarez, Jr., had produced his cell phone and that the examination of the cell phone was complete.

      Based on this information, it appears that the proceeding, including relator's motion for rehearing and for reconsideration en banc, is moot.

      The Court directs relator to file a response citing authority **within 5 days of the date of this order** concerning whether or not this proceeding and the pending motions are moot.

      It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
               ☑ Acting individually    ☐ Acting for the Court

Date:   ___January 11, 2022_____